**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**MARCO RUIZ**,

          Plaintiff,

   vs.

**ULISES CONTRERAS GALLEGOS D/B/A HOT TENDER WINGS 2; TOMMY S. FARRIER, AS TRUSTEE OF THE STEPHEN FARRIER TRUST**; and DOES 1 to 10,

          Defendants.

Case No.: 2:26-cv-02066-JFW (JDEx)
[*Honorable Judge John F. Walter*]

**JUDGMENT RE: DEFAULT JUDGMENT**

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff MARCO RUIZ shall have JUDGMENT in Plaintiff's favor in the amount of $4,000.00 in statutory damages, $2,595.00 in attorneys' fees, and $571.00 in costs for a total of $7,166.00, against Defendants ULISES CONTRERAS GALLEGOS D/B/A HOT TENDER WINGS 2 and TOMMY S. FARRIER, AS TRUSTEE OF THE STEPHEN FARRIER TRUST.

//

//

1

Additionally, Defendants ULISES CONTRERAS GALLEGOS D/B/A HOT TENDER WINGS 2 and TOMMY S. FARRIER, AS TRUSTEE OF THE STEPHEN FARRIER TRUST are ordered to provide and maintain the accessible parking space at the property located at or about 153 E. 223rd St., Carson, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: June 22, 2026

_____
John F. Walter
United States District Judge